UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYUBOMIR LAKOTIY, | ) |
| | ) CASE NO. C10-746-RAJ |
| Petitioner, | ) |
| | ) |
| v. | ) REPORT AND RECOMMENDATION |
| | ) |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, | ) ) ) |
| Respondent. | ) ) |

On May 3, 2010, Lyubomir Lakotiy ("petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, which sought his immediate release from detention. (Dkt. 1.) Respondent filed a Return and Motion to Dismiss on July 16, 2010 (Dkt. 8), and petitioner filed a response on July 16, 2010 (Dkt. 18). On August 3, 2010, the parties filed a Stipulated Motion to Stay Consideration of Pleadings, notifying the Court that travel documents had been issued for petitioner's return to the Ukraine, and that further litigation may be unnecessary. (Dkt. 19.) The Court granted the motion and directed the parties to file a Joint Status Report no later than September 22, 2010, regarding the status of petitioner's removal from the United States. (Dkt. 20.) On September 22, 2010, the parties filed a Joint

REPORT AND RECOMMENDATION
PAGE -1

01 Stipulation and Proposed Order of Dismissal, indicating that petitioner was removed from the
02 United States to the Ukraine on August 17, 2010.  (Dkt. 21, Ex. A.)  The parties agree that
03 petitioner's removal from the United States has rendered his habeas petition moot, and that this
04 matter should be dismissed with prejudice and with each party bearing their own fees and costs.
05 (Dkt. 21.)

06      For the foregoing reasons, the Court recommends that the parties' motion to dismiss be
07 GRANTED, and that this action and all claims asserted be DISMISSED with prejudice and
08 with each party bearing their own fees and costs.

09      DATED this 23rd day of September, 2010.

                                            _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge