UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYUBOMIR LAKOTIY,

    Petitioner,

    v.

A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,

    Respondent.

CASE NO. C10-746-RAJ

ORDER OF DISMISSAL

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. The parties' Joint Stipulation and Proposed Order of Dismissal (Dkt. 21) is GRANTED, and this action is DISMISSED with prejudice and with each party bearing their own fees and costs.

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 27th day of October, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE -1